# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  April 25, 2014

Mr. Donald Capparella
Dodson, Parker, Behm & Capparella
1310 Sixth Avenue, N.
Nashville, TN 37208

Mr. Robert Joseph Martin
Law Office
529 Franklin Street
Clarksville, TN 37040

Mr. Daniel Mark Nolan
Batson, Nolan, Brice, Williamson & Girsky
121 South Third Street
Clarksville, TN 37041-0000

Ms. Kathryn Wall Olita
Batson, Nolan, Pearson, Miller & Joiner
121 S. Third Street
Clarksville, TN 37041-1344

Re:  Case No. 14-5492, *Gabriel Segovia v. Montgomery County, Tennessee, et al*
Originating Case No. : 3:10-cv-00325

Dear Counsel:

   This appeal has been docketed as case number **14-5492** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 9, 2014**.

|          |                                                          |
|----------|----------------------------------------------------------|
| Appellant: | Appearance of Counsel                                  |
|          | Civil Appeal Statement of Parties & Issues               |
|          | Transcript Order                                         |
|          | Disclosure of Corporate Affiliations                     |
|          | Application for Admission to 6th Circuit Bar (if applicable) |
|          |                                                          |
| Appellee: | Appearance of Counsel                                   |
|          | Disclosure of Corporate Affiliations                     |
|          | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Beverly L. Harris
Case Manager
Direct Dial No. 513-564-7077

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 14-5492**

GABRIEL SEGOVIA

       Plaintiff - Appellant

v.

MONTGOMERY COUNTY, TENNESSEE; NORMAN LEWIS, Sheriff of the Montgomery
County Sheriff's Department in his official capacity and individual capacity

       Defendants - Appellees